FILED: April 22, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1019

(1:08-cv-00810-TDS-LPA)

_____

RUSH INDUSTRIES, INC.

    Plaintiff - Appellant

v.

MWP CONTRACTORS, LLC; BRANN'S TRANSPORT SERVICES, INC.

    Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 05/13/2013

Opening brief due: 05/13/2013

Response brief due: 06/28/2013

Any reply brief: 14 days from service of response brief.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk